# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.                       Crim. No. 5:05-CR-80-1BO

RAUL ANGEL ALVARADO

On November 19, 2012, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                       I declare under penalty of perjury that the foregoing is true and correct.

                                       /s/ Eddie J. Smith  
                                       Eddie J. Smith  
                                       Supervising U.S. Probation Officer  
                                       310 Dick Street  
                                       Fayetteville, NC 28301-5730  
                                       Phone: 910-354-2537  
                                       Executed On: May 1, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this   1   day of   May   , 2017.

                                         Terrence W. Boyle  
                                         U.S. District Judge